# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-31932 |
| | : | |
| ANITA GALE GLASER | : | CHAPTER 7 (DAYTON) |
| | : | |
| DEBTOR. | : | JUDGE BETH A. BUCHANAN |

### TRUSTEE'S NOTICE OF SALE OF NON-EXEMPT EQUITY IN 2017 HYUNDAI ELANTRA  TO DEBTOR COMBINED WITH OPPORTUNITY TO OBJECT

### PLEASE READ THIS NOTICE CAREFULLY

**You are hereby notified** that the Trustee has filed papers with the Court requesting an Order granting the Trustee's Motion/Notice of Sale of Non-Exempt Equity in 2017 Hyundai Elantra to Debtor.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Trustee's Motion, then on or before twenty-one (21) days from the date set forth in the certificate of service for the Motion, you or your attorney must file a written response explaining your position by mailing your response by regular U.S. Mail to:

> Clerk, United States Bankruptcy Court
> 120 W. Third Street
> Dayton, Ohio 45402

Or your attorney must file a response using the Court's ECF system.

You must file the response early enough so that the Court will **receive** it on or before the date stated above.

You must also provide a copy of your response either by: 1) The Court's ECF system; or (2) Regular U.S. Mail to:

> Erin Renneker, Chapter 7 Trustee
> 576 Mound Court, Suite B
> Lebanon, Ohio 45036

Office of the United States Trustee
170 North High Street
Suite 200
Columbus, Ohio 43215

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in this Motion and may enter an order granting that relief.

Date: 1/17/2022 /s/ Erin Renneker
Erin Renneker (#0076891)
Chapter 7 Trustee

## NOTICE

Now comes Erin C. Renneker, the Chapter 7 Trustee herein, and pursuant to Title 11 of the United States Bankruptcy Code, respectfully represents:

1. Erin C. Renneker is the Chapter 7 Trustee in the above-captioned case;

2. Debtor filed her bankruptcy petition on November 15, 2021;

3. Debtor is the owner of a 2017 Hyundai Elantra (VIN #5NPD84LF5HH018476) (the "Vehicle"). The Vehicle is encumbered by a lien to General Electric Credit Union of November 28, 2017 with a date of filing balance due of $9,127.53.

4. The Vehicle was appraised by Carmax on January 3, 2022 for $17,000.00.

5. After taking into account Debtor's exemptions of $5,325.00 per O.R.C. § 2329.66(A)(2) and (A)(18), Debtor offered to pay the bankruptcy estate the sum of $2,547.00 for the non-exempt vehicle equity. Trustee will incur no administrative expenses as a result of this sale to the Debtor.

6. Debtor has agreed to pay these monies into the bankruptcy estate through three consecutive monthly installments payments beginning February 1, 2022.

7. Unless an objection is filed as set forth herein, it is Trustee's intention to accept **$2,547.00** in full satisfaction of the Debtor's non-exempt interest in the 2017 Hyundai Elantra.

Respectfully Submitted,

/s/ *Erin Renneker*
Erin Renneker (#0076891)
Chapter 7 Trustee
576 Mound Court, Suite B
Lebanon, Ohio 45036
Phone: (513) 932-5792
Fax: (513) 932-5443
Email: e_renneker@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Sale of Non-Exempt Equity in 2017 Hyundai Elantra to Debtor* was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court and (ii) by **first class U.S. Mail** on January 17, 2022 addressed to:

Anita Gale Glaser
304 E. Circle Drive
Mason, Ohio 45040


All creditors on the attached mailing matrix.

/s/ Erin Renneker
Erin Renneker
Chapter 7 Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-3<br>Case 3:21-bk-31932<br>Southern District of Ohio<br>Dayton<br>Sun Jan 16 14:05:05 EST 2022 | Asst US Trustee (Day)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Credit One Bank<br>PO Box 10903<br>Chicago, IL 60610 |
| Credit Solutions<br>2277 Thunderstick Drive<br>Suite 400<br>Lexington, KY 40505-4878 | D&A Services<br>1400 E. Touhy Ave<br>Suite G2<br>Des Plaines, IL 60018-3338 | Deborah A. Winslow, Esq.<br>68 W Church St<br>Suite 308<br>Newark, OH 43055-5050 |
| Financial Recovery Services<br>PO Box 385908<br>Minneapolis, MN 55438-5908 | Firstsource<br>205 Bryant Woods South<br>Buffalo, NY 14228-3609 | General Electric Credit Union<br>10485 Reading Rd<br>Cincinnati, OH 45241-2580 |
| Anita Gale Glaser<br>304 E. Circle Drive<br>Mason, OH 45040-1570 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Levy & Associates LLC<br>4645 Executive Drive<br>Columbus, OH 43220-3601 |
| Lonestar Ortho<br>3219 Clifton Ave<br>#300<br>Cincinnati, OH 45220-3045 | MRS BPO<br>1930 Olney Ave<br>Cherry Hill, NJ 08003-2016 | Donald W Mallory<br>Wood + Lamping LLP<br>600 Vine Street<br>Suite 2500<br>Cincinnati, OH 45202-2491 |
| Meijer<br>Comenity Bank<br>12339 Cutten Road<br>Houston, TX 77066-1807 | Ohio Department of Taxation<br>4485 Northland Ridge Dr<br>Columbus, OH 43229-6596 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Proscan Imaging Mason<br>4900 Parkway Dr<br>Mason, OH 45040-3500 | Erin C. Renneker<br>Harold Jarnicki and Associates<br>576 Mound Court, Suite B<br>Lebanon, OH 45036-2090 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Tri Health<br>619 Oak St<br>Cincinnati, OH 45206-1613 | Tri Health<br>PO Box 20010<br>Cincinnati, OH 45220-0010 |
| UC Health<br>3200 Burnet Ave<br>Cincinnati, OH 45229-3019 | US Dept of Education<br>PO Box 530210<br>Atlanta, GA 30353-0210 | Kenneth E Wegner<br>24 A Bldg H<br>9200 Montgomery Rd<br>Cincinnati, OH 45242-7794 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 219236
Kansas City, MO 64121

Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)General Electric Credit Union

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27